DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SAMUEL GRIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-354-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE:  December 8, 2009 |
| SAMUEL GRIM, ) | TIME:  9:30 a.m. |
| ) | JUDGE: Hon. John A. Mendez |
| Defendants. ) | |

   It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendants, SAMUEL GRIM, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, October 20, 2009, be continued to Tuesday, December 8, 2009, at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   It is further stipulated that the time period from the date of this stipulation through and including the date of the new status conference hearing, December 8, 2009, shall be excluded from computation of time

within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: October 14, 2009          Respectfully submitted,

                                        DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      SAMUEL GRIM


DATED: October 14, 2009          LAWRENCE G. BROWN
                                      United States Attorney

                                      /s/ Benjamin Galloway for
                                      JASON HITT
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 8, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: <u>October 15, 2009</u>.          <u>/s/ John A. Mendez</u>
                                      JOHN A. MENDEZ
                                      United States District Judge