1 DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2 BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California  95814
4 Telephone (916) 498-5700

5 Attorney for Defendant
SAMUEL GRIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )    Cr.S. 09-354-JAM
            Plaintiff,           )
                                 )    **STIPULATION AND ORDER**
       v.                        )
                                 )    DATE: January 26, 2010
SAMUEL GRIM,                     )    TIME: 9:30 a.m.
                                 )    JUDGE: Hon. John A. Mendez
            Defendants.          )
_____

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendants, SAMUEL GRIM, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, December 8, 2009, be continued to Tuesday, January 26, 2010, at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation through and including the date of the new status conference hearing, January 26, 2010, shall be excluded from computation of time

within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: December 2, 2009      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
SAMUEL GRIM

DATED: December 2, 2009      BEN WAGNER
United States Attorney

/s/ Benjamin Galloway for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 26, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: December 2, 2009.      /s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge