DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SAMUEL GRIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,       )<br>                            )<br>     v.                     )<br>                            )<br>SAMUEL GRIM,                )<br>                            )<br>          Defendants.       )<br>_____ | Cr.S. 09-354-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: March 23, 2010<br>TIME: 9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

   It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendants, SAMUEL GRIM, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, February 23, 2010, be continued to Tuesday, March 23, 2010, at 9:30 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   It is further stipulated that the time period from the date of this stipulation through and including the date of the new status conference hearing, March 23, 2010, shall be excluded from computation of time

within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: February 18, 2010    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Benjamin Galloway
    BENJAMIN GALLOWAY
    Assistant Federal Defender
    Attorney for Defendant
    SAMUEL GRIM

DATED: February 23, 2010    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Benjamin Galloway for
    PAUL HEMESATH
    Assistant U.S. Attorney
    Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 23, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: 02/18/2010.    /s/ John A. Mendez
    JOHN A. MENDEZ
    United States District Judge