DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SAMUEL GRIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-354-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: June 22, 2010 |
| SAMUEL GRIM, ) | TIME: 9:30 a.m. |
| ) | JUDGE: Hon. John A. Mendez |
| Defendants. ) | |
| _____ | |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, SAMUEL GRIM, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, May 4, 2010, be continued to Tuesday, June 22, 2010, at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation through and including the date of the new status conference hearing, June 22, 2010, shall be excluded from computation of time

within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: April 30, 2010    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Benjamin Galloway
                                          BENJAMIN GALLOWAY
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          SAMUEL GRIM

DATED: April 30, 2010    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Benjamin Galloway for
                                          PAUL HEMESATH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 22, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 30, 2010    /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          United States District Judge