1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   SAMUEL GRIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,        )<br>                            )<br>     v.                     )<br>                            )<br> SAMUEL GRIM,               )<br>                            )<br>          Defendants.       )<br>_____ | Cr.S. 09-354-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: October 12, 2010<br>TIME: 9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

    It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, SAMUEL GRIM, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, September 7, 2010, be continued to Tuesday, October 12, 2010, at 9:30 a.m..

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    It is further stipulated that the time period from the date of this stipulation through and including the date of the new status conference hearing, October 12, 2010, shall be excluded from computation of time

within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: September 2, 2010   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
SAMUEL GRIM

DATED: September 2, 2010   BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
PAUL HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including October 12, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: 9/2/10              /s/ John A. Mendez
                           JOHN A. MENDEZ
                           United States District Judge