1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
3  801 I Street, 3rd Floor
    Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
    SAMUEL GRIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-354-JAM |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: November 16, 2010 |
| SAMUEL GRIM, | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. John A. Mendez |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, SAMUEL GRIM, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, October 12, 2010, be continued to Tuesday, November 16, 2010, at 9:30 a.m..

The reason for this continuance is to allow parties to continue work toward settlement of this case in the wake of recent and pending revisions to statutes and guidelines concerning crack cocaine.  This is one of several cases being discussed by supervising attorneys from both the government and the Federal Defender's Office.  It is anticipated that these discussions will facilitate settlement of this and other

pending crack cases in the near future.

It is further stipulated that the time period from the date of this stipulation through and including the date of the new status conference hearing, November 16, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: October 6, 2010        Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              SAMUEL GRIM


DATED: October 6, 2010        BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              PAUL HEMESATH
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including November 16, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: October 6, 2010.        /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Judge