DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SAMUEL GRIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>            Plaintiff,     )<br>                               )<br>       v.                      )<br>                               )<br> SAMUEL GRIM,                  )<br>                               )<br>            Defendants.    )<br>_____ | Cr.S. 09-354-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: December 14, 2010<br>TIME: 9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

   It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, SAMUEL GRIM, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, November 16, 2010, be continued to Tuesday, December 14, 2010, at 9:30 a.m..

   The reason for this continuance is to allow parties to continue work toward settlement of this case in the wake of recent and pending revisions to statutes and guidelines concerning crack cocaine.  This is one of several cases being discussed by supervising attorneys from both the government and the Federal Defender's Office.  It is anticipated that these discussions will facilitate settlement of this and other

pending crack cases in the near future.

It is further stipulated that the time period from the date of this stipulation through and including the date of the new status conference hearing, December 14, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: November 8, 2010        Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               SAMUEL GRIM


DATED: November 8, 2010        BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               PAUL HEMESATH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 14, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: November 10, 2010       /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Judge