DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SAMUEL GRIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-354-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: January 25, 2011 |
| SAMUEL GRIM, ) | TIME: 9:30 a.m. |
| ) | JUDGE: Hon. John A. Mendez |
| Defendants. ) | |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, SAMUEL GRIM, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, December 14, 2010, be continued to Tuesday, January 25, 2011, at 9:30 a.m..

This is one of a handful of crack cocaine cases in the district involving conduct which predates the enactment of the Fair Sentencing Act and its modified mandatory minimums.  Like all such cases, this case was in limbo awaiting the FSA's enactment.  Now that the sentencing reform has become law, the United States Attorney's office has discretion to file a superseding information bringing this case out

from under the old mandatory minimum sentence.

In November of this year, shortly after the passage of the FSA, the defense proposed such a resolution to this case.  The government is considering this proposal.  To assist the government, the defense has recently completed, and is in the process of providing, a comprehensive social history of Mr. Grim.  The government will need time to review and consider this material.  After this review, it is anticipated that the matter will resolve.  The parties will endeavor to reach a resolution by January 25, 2011.

It is further stipulated that the time period from the date of this stipulation through and including the date of the new status conference hearing, January 25, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: December 9, 2010    Respectfully submitted,

                           DANIEL J. BRODERICK
                           Federal Defender

                           /s/ Benjamin Galloway
                           BENJAMIN GALLOWAY
                           Assistant Federal Defender
                           Attorney for Defendant
                           SAMUEL GRIM


DATED: December 9, 2010    BENJAMIN B. WAGNER
                           United States Attorney

                           /s/ Benjamin Galloway for
                           PAUL HEMESATH
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 25, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: 12/9/2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge