DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SAMUEL GRIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                 ) | |
|                                           ) | Cr.S. 09-354-JAM |
|             Plaintiff,    ) | |
|                                           ) | **STIPULATION AND ORDER** |
|        v.                                 ) | |
|                                           ) | DATE:  March 1, 2011 |
| SAMUEL GRIM,                              ) | TIME:  9:30 a.m. |
|                                           ) | JUDGE: Hon. John A. Mendez |
|             Defendants.   ) | |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, SAMUEL GRIM, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, January 25, 2011, be continued to Tuesday, March 1, 2011, at 9:30 a.m..

This is one of a handful of crack cocaine cases in the district involving conduct which predates the enactment of the Fair Sentencing Act and its modified mandatory minimums.  Like all such cases, this case was in limbo awaiting the FSA's enactment.  Now that the sentencing reform has become law, the United States Attorney's office has discretion to file a superseding information bringing this case out

from under the old mandatory minimum sentence.

In November of last year, shortly after the passage of the FSA, the defense proposed such a resolution to this case. The government is considering this proposal. To assist the government, the defense has provided a comprehensive social history of Mr. Grim and is working to obtain supplemental documents relating to prior conviction. The government needs time to review and consider these materials. After this review, it is anticipated that the matter will resolve.

It is further stipulated that the time period from the date of this stipulation through and including the date of the new status conference hearing, March 1, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED:   January 19, 2011        Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 SAMUEL GRIM


DATED: January 19, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 PAUL HEMESATH
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

1  **IT IS SO ORDERED.** Time is excluded from today's date through and
2  including March 1, 2011, in the interests of justice pursuant to 18
3  U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
4  T4.
5  DATED: 1/19/2011                    /s/ John A. Mendez
                                        JOHN A. MENDEZ
6                                       United States District Judge