DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SAMUEL GRIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>           Plaintiff,  )<br>  )<br>       v.  )<br>  )<br> SAMUEL GRIM,  )<br>  )<br>           Defendants.  )<br> _____ | Cr.S. 09-354-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: April 19, 2011<br>TIME: 9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

   It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, SAMUEL GRIM, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, March 1, 2011, be continued to Tuesday, April 19, 2011, at 9:30 a.m..

   This is one of a handful of crack cocaine cases in the district involving conduct which predates the enactment of the Fair Sentencing Act and its modified mandatory minimums.  Like all such cases, this case was in limbo awaiting the FSA's enactment.  Now that the sentencing reform has become law, the United States Attorney's office has discretion to file a superseding information bringing this case out

1  from under the old mandatory minimum sentence.

2  In November of last year, shortly after the passage of the FSA, the
3  defense proposed such a resolution to this case.  The government is
4  considering this proposal.  To assist the government, the defense has
5  provided a comprehensive social history of Mr. Grim and is working to
6  obtain supplemental documents relating to prior conviction.  The
7  government needs time to review and consider these materials.  After
8  this review, it is anticipated that the matter will resolve.

9  It is further stipulated that the time period from the date of this
10 stipulation through and including the date of the new status conference
11 hearing, April 19, 2011, shall be excluded from computation of time
12 within which the trial of this matter must be commenced under the
13 Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local
14 Code T4 [reasonable time for defense counsel to prepare].

16 DATED:  February 24, 2011     Respectfully submitted,

17                               DANIEL J. BRODERICK
                                  Federal Defender
18
                                  /s/ Benjamin Galloway
19                                BENJAMIN GALLOWAY
                                  Assistant Federal Defender
20                                Attorney for Defendant
                                  SAMUEL GRIM
21

22
23 DATED: February 24, 2011      BENJAMIN B. WAGNER
                                  United States Attorney
24                                /s/ Benjamin Galloway for
                                  PAUL HEMESATH
25                                Assistant U.S. Attorney
                                  Attorney for Plaintiff

**2**

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including April 19, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: 2/25/2011

```
                              /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Judge
```