DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SAMUEL GRIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>             Plaintiff,       )<br>                              )<br>        v.                    )<br>                              )<br>SAMUEL GRIM,                  )<br>                              )<br>             Defendants.      )<br>_____ ) | Cr.S. 09-354-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE:  May 24, 2011<br>TIME:  9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, SAMUEL GRIM, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, April 26, 2011, be continued to Tuesday, May 24, 2011, at 9:30 a.m..

The parties are engaged in settlement discussions and are working toward a finalized agreement.  Additional time is needed to complete that process.

It is further stipulated that the time period from the date of this stipulation through and including the date of the new status conference hearing, May 24, 2011, shall be excluded from computation of time

1  within which the trial of this matter must be commenced under the

2  Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local

3  Code T4 [reasonable time for defense counsel to prepare].

4

5  DATED:  April 20, 2011          Respectfully submitted,

6                                  DANIEL J. BRODERICK
                                    Federal Defender
7
                                    /s/ Benjamin Galloway
8                                   BENJAMIN GALLOWAY
                                    Assistant Federal Defender
9                                   Attorney for Defendant
                                    SAMUEL GRIM
10

11
   DATED: April 20, 2011           BENJAMIN B. WAGNER
12                                  United States Attorney

13                                  /s/ Benjamin Galloway for
                                    PAUL HEMESATH
14                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
15

16

17
                                **O R D E R**
18
      **IT IS SO ORDERED.**  Time is excluded from today's date through and
19
   including May 24, 2011, in the interests of justice pursuant to 18
20
   U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
21
   T4.
22
   DATED: 4/21/2011
23
                                    /s/ John A. Mendez
24                                  JOHN A. MENDEZ
                                    United States District Judge
25

26

27

28

**2**