BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. No. 2:09-cr-00354-JAM |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER |
| ) | |
| v.   ) | DATE: May 24, 2011 |
| ) | TIME: 9:30 a.m. |
| SAMUEL ALEXANDER GRIM,   ) | COURT: Hon. John A. Mendez |
| ) | |
| Defendant.   ) | |
| ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Benjamin Galloway, counsel for defendant Samuel Alexander GRIM, that the above status conference be rescheduled from this Court's May 24, 2011, calendar, and that the matter be re-calendared for June 7, 2011, at 9:30 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

IT IS FURTHER STIPULATED that time be excluded through June 7, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

1

Dated: May 19, 2011                 /s/ Paul Hemesath
                                    Paul Hemesath
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

Dated: May 19, 2011                 /s/ Benjamin Galloway
                                    Benjamin Galloway
                                    Counsel for Defendant
                                    SAMUEL ALEXANDER GRIM

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 19, 2011
                                    /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Judge