# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

———oOo———


FILED
JUN 7 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **WAIVER OF INDICTMENT** |
| SAMUEL ALEXANDER GRIM | |
| | CASE NUMBER: 2:09-cr-00354-JAM |

I, SAMUEL ALEXANDER GRIM, the above named defendant, who is accused of: (1) possession of at least 28 grams of cocaine base with intent to distribute, in violation of 21 U.S.C. Section 841(a); and (2) being a felon in possession of a firearm, in violation of 18 U.S.C. 922(g), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court, on June 7, 2011, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
SAMUEL ALEXANDER GRIM
*Defendant*

_____
BENJAMIN D. GALLOWAY
*Counsel for Defendant*

Before _____
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE