BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br>SAMUEL ALEXANDER GRIM,        )<br>                              )<br>            Defendant.        )<br>_____) | 2:09-CR-00354-JAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Samuel Alexander Grim, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

    1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Samuel Alexander Grim's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.  One .9mm firearm, model P-89, manufactured by Ruger, serial number 312-77502, and

        b.  One 12 gauge shotgun, manufactured by Remington, serial number A02523.

    2.  The above-listed property constitutes firearms involved in or used in the knowing commission of a violation of 18 U.S.C.

1 § 922(g)(1).

2     3.  Pursuant to Rule 32.2(b), the Attorney General (or a
3 designee) shall be authorized to seize the above-listed property.
4 The aforementioned property shall be seized and held by the
5 Bureau of Alcohol, Tobacco, Firearms and Explosives, in its
6 secure custody and control.

7     4.  a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21
8 U.S.C. § 853(n), and Local Rule 171, the United States shall
9 publish notice of the order of forfeiture.  Notice of this Order
10 and notice of the Bureau of Alcohol, Tobacco, Firearms and
11 Explosives' (or a designee's) intent to dispose of the property
12 in such manner as the Attorney General may direct shall be posted
13 for at least 30 consecutive days on the official internet
14 government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States
15 may also, to the extent practicable, provide direct written
16 notice to any person known to have alleged an interest in the
17 property that is the subject of the order of forfeiture as a
18 substitute for published notice as to those persons so notified.

19       b.  This notice shall state that any person, other than
20 the defendant, asserting a legal interest in the above-listed
21 property, must file a petition with the Court within sixty (60)
22 days from the first day of publication of the Notice of
23 Forfeiture posted on the official government forfeiture site, or
24 within thirty (30) days from receipt of direct written notice,
25 whichever is earlier.

26     5.  If a petition is timely filed, upon adjudication of all
27 third-party interests, if any, this Court will enter a Final
28 Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1), and 28

U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 15th day of June, 2011.

                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge