BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>              Plaintiff,       )<br>                              )<br> v.                           )<br>                              )<br> SAMUEL ALEXANDER GRIM,       )<br>                              )<br>              Defendant.      )<br>                              )<br>                              )<br>_____) | CR. No. 2:09-cr-00354-JAM<br><br>STIPULATION AND ORDER<br><br>DATE: May 24, 2011<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Benjamin Galloway, counsel for defendant Samuel Alexander GRIM, that the current Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report (Docket Document Number 28), be modified to reflect the following dates:

- Date of Referral to Probation Officer: June 7, 2011
- Judgment and Sentencing Date: September 20, 2011 at 9:30 A.M.
- Reply, or Statement of Non-Opposition: September 13, 2011

1

- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 6, 2011

- The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: August 30, 2011

- Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: August 19, 2011

- The Proposed Presentence Report shall be disclosed to counsel no later than: August 9, 2011

Dated: July 11, 2011       /s/ Paul Hemesath
                           Paul Hemesath
                           Assistant United States Attorney
                           Counsel for Plaintiff

Dated: July 11, 2011       /s/ Benjamin Galloway
                           Benjamin Galloway
                           Counsel for Defendant
                           SAMUEL ALEXANDER GRIM

**O R D E R**

**IT IS SO ORDERED.**

Dated: 7/12/2011
                           /s/ John A. Mendez
                           Hon. John A. Mendez
                           United States District Judge