BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00354 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR FINAL ORDER OF |
| | ) | FORFEITURE AND ORDER THEREON |
| v. | ) | |
| | ) | |
| SAMUEL ALEXANDER GRIM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and Patricia Dunlavy (hereafter "petitioner"), to compromise and settle her interest in the following property, and to consent to the entry of a Final Order of Forfeiture as to the following assets pursuant to Fed. R. Crim. P. 32.2(c), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c):

        a)    One .9mm firearm, model P-89, manufactured by Ruger, serial number 312-77502, and

        b)    One 12 gauge shotgun, manufactured by Remington, serial number A02523.

This stipulation for Final Order of Forfeiture is entered into between the parties pursuant to the plea agreement Samuel Alexander Grim entered into in which he pleaded guilty to Count One, which

charges Possession with Intent to Distribute at Least 28 Grams of Cocaine Base in violation of 21 U.S.C. § 841(a)(1), and Count Two, which charges Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) of the Superceding Information.  The Court entered a Preliminary Order of Forfeiture on June 16, 2011. Pursuant to 21 U.S.C. § 853(n)(1), the United States sent direct notice to Patricia Dunlavy by certified mail on July 20, 2011, and published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov beginning on June 17, 2011.  Patricia Dunlavy filed a verified petition on July 29, 2011, claiming an interest in the Remington 12 gauge shotgun, serial number A02523 (hereafter "firearm").  No other persons or entities have come forward and the time for maintaining a claim has expired.

    2.   The parties hereby stipulate that Patricia Dunlavy has an interest in the firearm.  Patricia Dunlavy has a legal right, title, or interest in the firearm, and that such right, title, or interest requires the Court to amend the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for Patricia Dunlavy's interest because such interest was vested in her rather than the Defendant at the time of the commission of the act which gave rise to the forfeiture of the firearm.  *See* 28 U.S.C. § 2461 (c)(incorporating 21 U.S.C. § 853(n)).  The parties further stipulate, however, that the Preliminary Order of Forfeiture remains valid to the extent it orders the forfeiture of any interest Samuel Alexander Grim has in the firearm.

    3.   Petitioner understands and agrees that the firearm held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), will not be released to petitioner until the "Law Enforcement Gun

Release Application" is executed by petitioner and filed with the California Department of Justice Bureau of Firearms and any necessary fees are paid.  ATF will release the firearm to petitioner within thirty (30) days of receipt of notification from the California Department of Justice Bureau of Firearms that the application has been approved and all fees have been paid in full.

4. Petitioner understands and agrees that the United States reserves the right to void the stipulation if, before the return of the firearm, the U.S. Attorney obtains new information indicating that the petitioner is not "innocent owner" pursuant to the applicable forfeiture statute.  A discretionary termination of forfeiture shall not be a basis for any award of fees.

5. The court shall maintain jurisdiction over this matter to, inter alia, enforce the terms of this stipulation.

Dated:  8/29/11         BENJAMIN B. WAGNER
                        United States Attorney


                         /s/ Paul A. Hemesath
                        PAUL A. HEMESATH
                        Assistant U.S. Attorney


Dated: 8-25-2011         /s/ Patricia Dunlavy
                        PATRICIA DUNLAVY
                        Petitioner
                        Appearing *in propria persona*

                        (Original signatures retained by
                        Attorney)

///

///

///

///

///

**ORDER**

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement.

IT IS SO ORDERED.

Dated: 11/14/2011                    /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     United States District Court Judge